

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CARLOS MENDOZA MORA, | § | No. 08-24-00076-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| Appellee. | § | (TC# 8295) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.